UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALAN CHARLES,

                        Petitioner,                        21 **CIVIL** 1669 (VB)

       -against-                                           **JUDGMENT**

MICHAEL CAPRA, Superintendent,

                        Respondent.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order Adopting Report and Recommendation dated August 22, 2022, petitioner's objections are OVERRULED and the R&R is adopted in its entirety as the opinion of the Court; the motion to dismiss is GRANTED; the petition for a writ of habeas corpus is DISMISSED; judgment is entered; accordingly, the case is closed.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

**Dated:**  New York, New York
           August 24, 2022

                                                                 **RUBY J. KRAJICK**

                                                                  **Clerk of Court**
                                      **BY:**       *J. Saviñon*

                                                                     **Deputy Clerk**